Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Angela Roy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| ANGELA ROY,<br><br>          Plaintiff,<br><br>     vs.<br><br>JPMORGAN CHASE BANK, N.A. and DOES 1 through 100, inclusive,<br><br>          Defendants. | Federal Case No.: 5:17-cv-04775-LHK<br><br>**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff Angela Roy and defendants JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A., erroneously sued as Chase Bank, N.A., through their designated counsel, that this action be dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that all parties shall bear her and its own attorneys' fees and costs.

//
//
//
//
//

| | |
|---|---|
| DATED: November 21, 2017 | **Sagaria Law, P.C.**<br><br>By: ___/s/ Elliot W. Gale___<br>　　　　Elliot W. Gale<br>Attorneys for Plaintiff<br>Angela Roy |
| DATED: November 21, 2017 | **Stroock & Stroock & Lavan LLP**<br><br>By: ___/s/Arjun Rao___<br>　　　　Arjun Rao<br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Arjun Rao has concurred in this filing.
*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety, with prejudice. Each party shall bear her or its own attorneys' fees and costs.

　　　IT IS SO ORDERED.

DATED:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE